# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 19-CV-09763-CBM-(GJSx) | Date | April 13, 2020 |
| Title | Margaret M. Dorantes v. Secretary of Health and Human Services, et al. | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER TO SHOW CAUSE RE *SUA SPONTE* DISMISSAL OF COMPLAINT (DKT. NO. 1)**

Pending before the Court are Defendant SCAN Health Plan's motion to dismiss the action and motion to strike. (Dkt. No. 15, 37.) Defendant Maximus Federal Services joined both motions. (Dkt. No. 24, 40.) The Local Rules of the Central District of California provide that *pro se* representation "may not be delegated to any other person – even a spouse, relative, or co-party in the case[,]" and, apart from limited exceptions not applicable here, "an appearance before the Court on behalf of another person, an organization, or a class may be made only by members of the Bar of this Court[.]" L.R. 83-2.2.1, 8302.1.1.

Here, it is undisputed that Mr. Michael Dorantes filed the Complaint in this action on behalf of his mother, Plaintiff Margaret M. Dorantes. (Dkt. No. 1) Mr. Michael Dorantes is not a member of the Bar of the Central District of California and therefore may not appear before this Court. Furthermore, Mr. Michael Dorantes's sole involvement in this case is as a relative to whom Plaintiff apparently delegated her *pro se* representation, which is also forbidden.

The Court **ORDERS** Mr. Michael Dorantes or Plaintiff Margaret M. Dorantes to file a declaration by **April 24, 2020**, signed under penalty of perjury, explaining why the Complaint should not be stricken. If the Complaint is stricken, the entire action will be dismissed without prejudice to allow Plaintiff Margaret M. Dorantes to seek relief with the assistance of counsel or appear *pro se*.

**IT IS SO ORDERED.**